■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN CAMPBELL, Appellant. [678 NYS2d 311] —Appeal from a judgment of the County Court of Schenectady County (Eidens, J.), rendered July 21, 1997, convicting defendant upon his plea of guilty of three counts of the crime of burglary in the second degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Based upon our review of the record and defense counsel's brief, we agree. The record discloses that defendant waived his right to appeal as part of a knowing, voluntary and intelligent plea of guilty to three counts of burglary in the second degree. In addition to being ordered to pay restitution, defendant was sentenced to concurrent prison terms of 4½ to 9 years in accordance with the negotiated plea agreement and relevant statutory requirements. In view of the foregoing, we affirm the judgment of conviction and grant defense counsel's application to withdraw (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

White, J. P., Yesawich Jr., Peters, Spain and Carpinello, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.